| | |
|---|---|
| Lee W. Cotugno (SBN 76128)<br>COTUGNO & RUST, LLP<br>360 North Bedford Drive, Suite 204<br>Beverly Hills, CA 90210<br>Telephone: (310) 274-6683<br>Facsimile: (310) 859-7743<br>E-mail: lwc@c-rlaw.com | JS-6 |

Attorneys for Defendant and Counter-claimant
Emilio Bellissimo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE A. TAMBLYN, an individual,<br><br>             Plaintiff,<br><br>   vs.<br><br>EMILIO BELLISSIMO, aka TONY VALENTINO, an individual, MICHAEL ABRAMS, an individual, and DOES 1 through 10 inclusive,<br><br>             Defendants. | CASE NO. CV11-10338MWF(JEMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION** |
| EMILIO BELLISSIMO, an individual,<br>             Counter-claimant,<br><br>   vs.<br><br>LAWRENCE A. TAMBLYN, an individual; JOHN FLECK, an individual; GREG BURNHAM, an individual; THIS ENTERTAINMENT PRODUCTION GROUP, INC., a California corporation; and ROES 1 through 10, inclusive,<br>             Counter-defendants. | |

-1-

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION

## **ORDER**

Having read the foregoing Stipulation by and between the Parties that the Complaint and Counterclaim in the within Action are hereby Dismissed with Prejudice except as to the Defendant Michael Abrams, who is dismissed without prejudice.

For good cause shown, IT IS SO ORDERED.

Dated:  June 27, 2012

_____
Judge, United States District Court,
Central District of California

Cotugno & Rust, LLP