Lee W. Cotugno (SBN 76128)                                     JS-6
COTUGNO & RUST, LLP
360 North Bedford Drive, Suite 204
Beverly Hills, CA 90210
Telephone: (310) 274-6683
Facsimile: (310) 859-7743
E-mail: lwc@c-rlaw.com

Attorneys for Defendant and Counter-claimant
Emilio Bellissimo

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE A. TAMBLYN, an individual, | CASE NO.  CV11-10338MWF(JEMx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION** |
| vs. | |
| EMILIO BELLISSIMO, aka TONY VALENTINO, an individual, MICHAEL ABRAMS, an individual, and DOES 1 through 10 inclusive, | |
| Defendants. | |
| EMILIO BELLISSIMO, an individual, | |
| Counter-claimant, | |
| vs. | |
| LAWRENCE A. TAMBLYN, an individual; JOHN FLECK, an individual; GREG BURNHAM, an individual; THIS ENTERTAINMENT PRODUCTION GROUP, INC., a California corporation; and ROES 1 through 10, inclusive, | |
| Counter-defendants. | |

Cotugno & Rust, LLP

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

Having read the foregoing Stipulation by and between the Parties that the Complaint and Counterclaim in the within Action are hereby Dismissed with Prejudice except as to the Defendant Michael Abrams, who is dismissed without prejudice.

For good cause shown, IT IS SO ORDERED.

Dated:  June 27, 2012

_____
Judge, United States District Court,
Central District of California

Cotugno & Rust, LLP

[PROPOSED]  ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION